**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John J. Stagliano Jr. aka John J. Stagliano<br>Maureen R. Stagliano<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-16973 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                Respectfully submitted,
                                **/s/ Kevin G. McDonald, Esq.**
                                Kevin G. McDonald, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322