UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Bankr. Case No. 19-16973-AMC-13

JOHN J. STAGLIANO and MAUREEN R. STAGLIANO                                      Chapter 13
     Debtor(s)

**REQUEST FOR NOTICE**

     Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

          Americredit Financial Services, Inc. dba GM Financial
          PO Box 183853
          Arlington, TX  76096

By /s/  Mandy Youngblood

          Mandy Youngblood
          PO Box 183853
          Arlington, TX  76096
          877-203-5538
          877-259-6417
          Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 19-16973-AMC-13

JOHN J. STAGLIANO and MAUREEN R. STAGLIANO                                                Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 18, 2019 :


        DAVID S GELLERT                                    Scott Waterman
        3506 PERKIOMEN AVE                                 2901 St. Lawrence Ave.
        READING, PA  19606                                 Suite 100
                                                           Reading, PA 19606


                                                    By _/s/ Mandy Youngblood_____

                                                        Mandy Youngblood


        xxxxx30088 / 1005331