United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-16973-amc
John J. Stagliano, Jr.                                                    Chapter 13
Maureen R. Stagliano
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Feb 05, 2020
                              Form ID: 152            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
```
db/jdb       +John J. Stagliano, Jr.,    Maureen R. Stagliano,    74 Winged Foot Drive,
               Reading, PA 19607-3410
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr           +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14417279     +AR Resources, Inc.,    P. O. Box 1056,    Blue Bell, PA 19422-0287
14417280     +AR Resources, Inc.,    1777 Sentry Pkwy. W.,    Blue Bell, PA 19422-2206
14417282      Arthritis & Osteoporosis Ctr.,    2760 Century Blvd.,    Wyomissing, PA 19610-3359
14452793     +Autovest LLC,    P.O. BOX 2247,    SOUTHFIELD, MI 48037-2247
14428256     +BANK OF AMERICA, N.A.,    CO Kevin G. McDonald, Esq.,    KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14417283     +Bank of America, N.A,    c/o Carrington Mortgage Services LLC,
               1600 S. Douglass Rd., Ste. 200-A,    Anaheim, CA 92806-5948
14446770      Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14417284      Berks Center for Digestive Health,    P. O. Box 003605,    Boston, MA 02241-3605
14417285     +Berks Eye Physicians & Surgeons Ltd.,    1802 Paper Mill Road,    Wyomissing, PA 19610-1100
14417286    ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court:   Caine & Weiner,    P. O. Box 55848,    Sherman Oaks, CA 91411)
14417287     +Caine & Weiner,    5805 Sepulveda Blvd.,    Fourth Fl.,    Sherman Oaks, CA 91411-2546
14417288     +Carrington Mortgage Services LLC,    P. O. Box 5001,    Westfield, IN 46074-5001
14452162     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14417292     +Credit Acceptance Corp.,    25505 W. 12 Mile Rd.,    Southfield, MI 48034-8316
14417293     +Credit Acceptance Corporation,    P. O. Box 5070,    Southfield, MI 48086-5070
14417297     +Debt Recovery Solutions,    6800 Jericho Tpke.,    Suite 113F,    Syosset, NY 11791-4401
14417299     +Diamond Credit Union,    1600 Medical Dr.,    Pottstown, PA 19464-3242
14417300      I.C. System Collections,    P. O. Box 64378,    Saint Paul, MN 55164-0378
14417301      Reading Hospital/Tower Health,    P. O. Box 16051,    Reading, PA 19612-6051
14417303     +Township of Cumru Sewer Dept.,    1775 Welsh Rd.,    Mohnton, PA 19540-8803
14420786      U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
               100 Penn Square East,    Philadelphia, PA 19107-3380
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:41
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:18      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 03:57:58
               Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
14426845      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 03:57:58
               AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
               Arlington, TX 76096
14417281     +E-mail/Text: rperez@arcadiarecovery.com Feb 06 2020 03:59:01      Arcadia Recovery Bureau,
               645 Penn St.,    Reading, PA 19601-3543
14417289     +E-mail/Text: nailda@centralcreditaudit.com Feb 06 2020 03:59:51      Central Credit Audit,
               100 N. Third St.,    Sunbury, PA 17801-2367
14417290      E-mail/Text: nailda@centralcreditaudit.com Feb 06 2020 03:59:51      Central Credit Audit Inc.,
               P. O. Box 735,    Sunbury, PA 17801-0735
14417291     +E-mail/Text: convergent@ebn.phinsolutions.com Feb 06 2020 03:59:17
               Convergent Outsourcing Inc.,    800 SW 39th St.,    Renton, WA 98057-4927
14417294     +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 06 2020 03:59:47
               Credit Collection Services,    P. O. Box 607,    Norwood, MA 02062-0607
14417295      E-mail/PDF: creditonebknotifications@resurgent.com Feb 06 2020 04:03:33      Credit One Bank,
               P. O. Box 98873,    Las Vegas, NV 89193-8873
14417296     +E-mail/Text: dsgrdg@ptdprolog.net Feb 06 2020 03:58:09      David S. Gellert, Esquire,
               David S. Gellert, P.C.,    3506 Perkiomen Ave.,    Reading, PA 19606-2711
14449571      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:01:21      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14417302      E-mail/Text: appebnmailbox@sprint.com Feb 06 2020 03:58:47      Sprint Corp.,    P. O. Box 7949,
               Overland Park, KS 66207-0949
14417304     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 06 2020 03:57:37
               Verizon,    500 Technology Dr.,    Suite 550,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 14
```

```
District/off: 0313-4          User: BarbaraS             Page 2 of 2                  Date Rcvd: Feb 05, 2020
                              Form ID: 152               Total Noticed: 42
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14430538*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,   Dba GM Financial,
          P.O Box 183853,   Arlington, TX 76096)
14417298    ##+Debt Recovery Solutions,   900 Merchants Concourse,   Suite LL 11,   Westbury, NY 11590-5121
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor John J. Stagliano, Jr. dsgrdg@ptdprolog.net
          DAVID S. GELLERT    on behalf of Joint Debtor Maureen R. Stagliano dsgrdg@ptdprolog.net
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: John J. Stagliano, Jr. and Maureen R. Stagliano

    Debtor(s)

Case No: 19−16973−amc

Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


For The Court

Timothy B. McGrath
Clerk of Court

19
Form 152