UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John J. Stagliano, Jr.<br>    Maureen R. Stagliano<br><br>              Debtors | Chapter 13<br>Bankruptcy No.19-16973-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 10th day of April, 2020, by first class mail upon those listed below:

John J. Stagliano, Jr.
Maureen R. Stagliano
74 Winged Foot Drive
Reading, PA  19607

**Electronically via CM/ECF System Only:**

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING, PA  19606

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee