# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   JOHN J. STAGLIANO, JR. | : | Bankruptcy No. 19-16973 PMM |
|   aka JOHN J. STAGLIANO | : | |
|   MAUREEN R. STAGLIANO | : | Chapter 13 |
| | : | |
|   Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 29th day of May, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 20, 2020 of the filing of the Debtors' Application to Employ Special Counsel.

Dated:  May 29, 2020                     _s/   David S. Gellert_
                                             David S. Gellert, Esquire
                                             David S. Gellert, P.C.
                                             3506 Perkiomen Avenue
                                             Reading, PA 19606
                                             (610) 779-8000
                                             Fax: (610) 370-1393
                                             dsgrdg@ptdprolog.net