United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Stagliano, Jr.  
Maureen R. Stagliano  
      Debtors

Case No. 19-16973-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: PaulP      Page 1 of 1      Date Rcvd: Jun 01, 2020  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.  
db/jdb         +John J. Stagliano, Jr.,   Maureen R. Stagliano,   74 Winged Foot Drive,   Reading, PA 19607-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:

       DAVID S. GELLERT     on behalf of Debtor John J. Stagliano, Jr. dsgrdg@ptdprolog.net  
       DAVID S. GELLERT     on behalf of Joint Debtor Maureen R. Stagliano dsgrdg@ptdprolog.net  
       KEVIN G. MCDONALD     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
       SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                                TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John J. and
Maureen R. Stagliano,                    :        Chapter 13
                                         :
    Debtors                              :        Bky. No. 19-16973

# O R D E R

**AND NOW,** upon consideration of the Debtor's Application to Employ Special Counsel ("the Application," doc. no. 31),

It is hereby **ORDERED** that the Application is **DENIED** on the ground that it is not necessary for a chapter 13 debtor to obtain court approval to retain professionals. However, in the event that the realtor seeks allowance of compensation or reimbursement of expenses from property of the estate, the realtor shall file an application with this court in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994).

Date: June 1, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**