# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JOHN J. STAGLIANO, JR. | : | Bankruptcy No. 19-16973 PMM |
|    aka JOHN J. STAGLIANO | : | |
|    MAUREEN R. STAGLIANO | : | Chapter 13 |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 4th day of June, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 20, 2020 of the filing of the Debtors' Motion to Approve Personal Injury Settlement .

Dated:  June 4, 2020                                 s/   David S. Gellert
                                                                                         David S. Gellert, Esquire
                                                                                        David S. Gellert, P.C.
                                                                                        3506 Perkiomen Avenue
                                                                                        Reading, PA 19606
                                                                                        (610) 779-8000
                                                                                        Fax: (610) 370-1393
                                                                                        dsgrdg@ptdprolog.net