UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   JOHN J. STAGLIANO, JR.                :   Bankruptcy No. 19-16973 PMM
   aka JOHN J. STAGLIANO                   :
   MAUREEN R. STAGLIANO                  :   Chapter 13
                                                    :
       Debtors                                  :

## ORDER TO APPROVE PERSONAL INJURY SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Personal Injury Settlement, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their personal injury action in the gross sum of $40,000.00 is hereby approved. It is further

**ORDERED** that Kenneth Millman, Esquire, of the Law Firm of Leisawitz Heller, Special Counsel to the Debtors, is hereby awarded the sum of $15,726.92 representing compensation of $14,000.00 and reimbursement of expenses of $1,726.92 pursuant to a Contingent Fee Agreement dated December 4, 2019. It is further

**ORDERED** that the balance of proceeds in the amount of $24,273.08 shall be distributed to the Chapter 13 Trustee for the benefit of unsecured creditors pursuant to the Debtors' Chapter 13 Plan.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

Dated:  June 11, 2020