United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 19-16973-pmm
John J. Stagliano, Jr.                                         Chapter 13
Maureen R. Stagliano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 1              Date Rcvd: Jun 11, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2020.
db/jdb          +John J. Stagliano, Jr.,   Maureen R. Stagliano,   74 Winged Foot Drive,
                 Reading, PA 19607-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor John J. Stagliano, Jr. dsgrdg@ptdprolog.net
        DAVID S. GELLERT    on behalf of Joint Debtor Maureen R. Stagliano dsgrdg@ptdprolog.net
        KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :
    JOHN J. STAGLIANO, JR.              :          Bankruptcy No. 19-16973 PMM
    aka JOHN J. STAGLIANO               :
    MAUREEN R. STAGLIANO               :          Chapter 13
                                             :
                Debtors              :

## ORDER TO APPROVE PERSONAL INJURY SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Personal Injury Settlement, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their personal injury action in the gross sum of $40,000.00 is hereby approved.  It is further

**ORDERED** that Kenneth Millman, Esquire, of the Law Firm of Leisawitz Heller, Special Counsel to the Debtors, is hereby awarded the sum of $15,726.92 representing compensation of $14,000.00 and reimbursement of expenses of $1,726.92 pursuant to a Contingent Fee Agreement dated December 4, 2019.  It is further

**ORDERED** that the balance of proceeds in the amount of $24,273.08 shall be distributed to the Chapter 13 Trustee for the benefit of unsecured creditors pursuant to the Debtors' Chapter 13 Plan.

BY THE COURT:

*Patricia M. Mayer*
_____

Dated:   June 11, 2020

Patricia M. Mayer
United States Bankruptcy Judge