Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-16973-PMM**

John J. Stagliano, Jr.  
Maureen R. Stagliano  
74 Winged Foot Drive  
Reading  PA    19607

Petition Filed Date: 11/06/2019  
341 Hearing Date: 01/07/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $350.00 | | 01/14/2020 | $350.00 | | 03/05/2020 | $350.00 | |
| 04/06/2020 | $350.00 | | 05/04/2020 | $350.00 | | 05/21/2020 | $175.00 | |
| 06/01/2020 | $175.00 | | 06/12/2020 | $175.00 | | 06/26/2020 | $175.00 | |
| 07/10/2020 | $175.00 | | 07/17/2020 | $24,273.08 | 11345  PI pro | 07/24/2020 | $175.00 | |
| 08/07/2020 | $175.00 | | | | | | | |

**Total Receipts for the Period: $27,248.08   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,248.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | John J. Stagliano, Jr. | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,248.08 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($24,098.08) |
| Paid to Trustee: | $2,711.16 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $24,536.92 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.