## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  John J. and**
**Maureen R. Stagliano,**                    :    Chapter 13
                                             :
                                             :    Case No.   19-16973 PMM
                                             :
**Debtors.**                                 :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from the Automatic Stay filed by Credit Acceptance Corp. (doc. no. 44, "the Motion") and the Response thereto (doc. no. 46);

**AND** a continued hearing having been scheduled on the Motion for December 1, 2020;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before January 4, 2021 the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*[signature: Patricia M. Mayer]*

**Date:  December 1, 2020**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**