United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 19-16973-pmm

John J. Stagliano, Jr.                                                        Chapter 13

Maureen R. Stagliano

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: Adminstra                    Page 1 of 3

Date Rcvd: Dec 03, 2020                 Form ID: 155                        Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Stagliano, Jr., Maureen R. Stagliano, 74 Winged Foot Drive, Reading, PA 19607-3410 |
| 14417279 | + | AR Resources, Inc., P. O. Box 1056, Blue Bell, PA 19422-0287 |
| 14417280 | + | AR Resources, Inc., 1777 Sentry Pkwy. W., Blue Bell, PA 19422-2206 |
| 14417282 | | Arthritis & Osteoporosis Ctr., 2760 Century Blvd., Wyomissing, PA 19610-3359 |
| 14428256 | + | BANK OF AMERICA, N.A., CO Kevin G. McDonald, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14446770 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14417284 | | Berks Center for Digestive Health, P. O. Box 003605, Boston, MA 02241-3605 |
| 14417285 | + | Berks Eye Physicians & Surgeons Ltd., 1802 Paper Mill Road, Wyomissing, PA 19610-1100 |
| 14417286 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, P. O. Box 55848, Sherman Oaks, CA 91411 |
| 14417287 | + | Caine & Weiner, 5805 Sepulveda Blvd., Fourth Fl., Sherman Oaks, CA 91411-2546 |
| 14417288 | + | Carrington Mortgage Services LLC, P. O. Box 5001, Westfield, IN 46074-5001 |
| 14550062 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14417297 | + | Debt Recovery Solutions, 6800 Jericho Tpke., Suite 113F, Syosset, NY 11791-4401 |
| 14417299 | + | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464-3242 |
| 14417300 | | I.C. System Collections, P. O. Box 64378, Saint Paul, MN 55164-0378 |
| 14417301 | | Reading Hospital/Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14417303 | + | Township of Cumru Sewer Dept., 1775 Welsh Rd., Mohnton, PA 19540-8803 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14426845 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Dec 04 2020 05:07:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14452793 | | Email/Text: Bankruptcy@michaelandrewsllc.com | | |
| | | | Dec 04 2020 05:06:00 | Autovest LLC, P.O. BOX 2247, SOUTHFIELD, MI 48076 |
| 14417281 | + | Email/Text: rperez@arcadiarecovery.com | | |
| | | | Dec 04 2020 05:07:00 | Arcadia Recovery Bureau, 645 Penn St., Reading, PA 19601-3543 |
| 14417283 | | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Dec 04 2020 05:06:00 | Bank of America, N.A, c/o Carrington Mortgage Services LLC, 1600 S. Douglass Rd., Ste. 200-A, Anaheim, CA 92806-5948 |
| 14549271 | | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Dec 04 2020 05:06:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14452162 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Dec 04 2020 05:06:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14417289 | + | Email/Text: nailda@centralcreditaudit.com | | |
| | | | Dec 04 2020 05:08:00 | Central Credit Audit, 100 N. Third St., Sunbury, |

|  |  |  |  | PA 17801-2367 |
|---|---|---|---|---|
| 14417290 | | Email/Text: nailda@centralcreditaudit.com | Dec 04 2020 05:08:00 | Central Credit Audit Inc., P. O. Box 735, Sunbury, PA 17801-0735 |
| 14417291 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 04 2020 05:07:00 | Convergent Outsourcing Inc., 800 SW 39th St., Renton, WA 98057-4927 |
| 14417292 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 04 2020 05:06:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., Southfield, MI 48034-8316 |
| 14417293 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 04 2020 05:06:00 | Credit Acceptance Corporation, P. O. Box 5070, Southfield, MI 48086-5070 |
| 14417294 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 04 2020 05:08:00 | Credit Collection Services, P. O. Box 607, Norwood, MA 02062-0607 |
| 14417295 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2020 04:16:31 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14417296 | + | Email/Text: dsgrdg@ptdprolog.net | Dec 04 2020 05:07:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14449571 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:14:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14417302 | | Email/Text: appebnmailbox@sprint.com | Dec 04 2020 05:07:00 | Sprint Corp., P. O. Box 7949, Overland Park, KS 66207-0949 |
| 14420786 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 04 2020 04:16:30 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14547207 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 04 2020 04:16:30 | US Department of Housing and, Urban Development, The Wanamaker Bldg., 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14417304 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2020 05:06:00 | Verizon, 500 Technology Dr., Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14430538 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14417298 | ##+ | Debt Recovery Solutions, 900 Merchants Concourse, Suite LL 11, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020                          Signature:          /s/Joseph Speetjens

District/off: 0313-4

Date Rcvd: Dec 03, 2020

User: Adminstra

Form ID: 155

Page 3 of 3

Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| DAVID S. GELLERT | on behalf of Debtor John J. Stagliano  Jr. dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Maureen R. Stagliano dsgrdg@ptdprolog.net |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John J. Stagliano, Jr. and Maureen R.
Stagliano

          Debtor(s)

        Chapter: 13

        Bankruptcy No: 19−16973−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 3, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Patricia M. Mayer
                            Judge ,
                            United States Bankruptcy Court