IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: JOHN J. STAGLIANO, JR. ) | |
|   MAUREEN R. STAGLIANO ) | CHAPTER 13 |
|   **Debtor(s)** ) | |
| ) | CASE NO. 19-16973-PMM |
| CREDIT ACCEPTANCE CORPORATION ) | |
|   **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
|   v. ) | |
| ) | HEARING DATE: **12-1-20 at 10:00 AM** |
| JOHN J. STAGLIANO, JR. ) | |
| MAUREEN R. STAGLIANO ) | |
|   **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|   **Trustee** | |

## ORDER APPROVING STIPULATION

  IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors in settlement of the Motion For Stay Relief, and filed on or about December 17, 2020 in the above matter is APPROVED.

Dated: **December 18, 2020**

BY THE COURT:

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE