# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JOHN J. STAGLIANO, JR. | : | Bankruptcy No. 19-16973 PMM |
|    aka JOHN J. STAGLIANO | : | |
|    MAUREEN R. STAGLIANO | : | Chapter 13 |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 29th day of December, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 7, 2020 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  December 29, 2020             s/  David S. Gellert
                                                                     David S. Gellert, Esquire
                                                                      David S. Gellert, P.C.
                                                                      3506 Perkiomen Avenue
                                                                      Reading, PA 19606
                                                                      (610) 779-8000
                                                                      Fax: (610) 370-1393
                                                                      dsgrdg@ptdprolog.net