**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| JOHN J. STAGLIANO, JR. | : | Bankruptcy No. 19-16973 pmm |
| MAUREEN R. STAGLIANO, | : | Chapter 13 |
| | : | |
| Debtors | **:** | |

## <u>ORDER APPROVING COMPENSATION</u>

Upon consideration of the Application for Compensation filed by David S. Gellert,

Esquire, of David S. Gellert, P.C., counsel for Debtors, and upon the Applicant's certification

that proper service has been made on all interested parties and upon the Applicant's certification

of no response,

It is hereby ORDERED that:

1.  The Application is GRANTED.

2.  Compensation is ALLOWED in favor of the Applicant in the amount of $5,885.00

and expenses in the amount of $413.10.

The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

expense pursuant to <u>11 U.S.C. Section 11</u> U.S.C. Section 1326(b), <u>11 U.S.C. Section 507</u>, <u>11

U.S.C. Section 503(b)</u> and <u>11 U.S.C. Section 330(a)(4)(B)</u>, the allowed compensation set forth in

paragraph 2 less $1,310.00 which was paid by the Debtor pre petition, to the extent such

distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

Dated: 12/30/20

*Patricia M. Mayer*

_____

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE