| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16973-PMM**

John J. Stagliano, Jr.
Maureen R. Stagliano
74 Winged Foot Drive
Reading  PA    19607

Petition Filed Date: 11/06/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 12/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $350.00 | | 01/14/2020 | $350.00 | | 03/05/2020 | $350.00 | |
| 04/06/2020 | $350.00 | | 05/04/2020 | $350.00 | | 05/21/2020 | $175.00 | |
| 06/01/2020 | $175.00 | | 06/12/2020 | $175.00 | | 06/26/2020 | $175.00 | |
| 07/10/2020 | $175.00 | | 07/17/2020 | $24,273.08 | 11345  PI pro | 07/24/2020 | $175.00 | |
| 08/07/2020 | $175.00 | | 11/30/2020 | $875.00 | | 02/23/2021 | $175.00 | |
| 03/08/2021 | $175.00 | | 03/22/2021 | $175.00 | | 04/05/2021 | $175.00 | |
| 04/20/2021 | $175.00 | | 04/27/2021 | $525.00 | | 05/03/2021 | $175.00 | |
| 05/17/2021 | $175.00 | | 06/01/2021 | $175.00 | | | | |

**Total Receipts for the Period:  $30,048.08    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $30,048.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,988.10 | $4,988.10 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT ACCEPTANCE CORP<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US DEPT OF HUD<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES<br>»»  004 | Unsecured Creditors | $1,935.95 | $1,935.95 | $0.00 |
| 5 | TOWNSHIP OF CUMRU - SEWER<br>»»  005 | Secured Creditors | $22,950.67 | $5,528.11 | $17,422.56 |
| 6 | BANK OF AMERICA<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $280.84 | $280.84 | $0.00 |
| 8 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  008 | Mortgage Arrears | $59,097.12 | $14,234.67 | $44,862.45 |
| 9 | DIAMOND FEDERAL CREDIT UNION<br>»»  009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AUTOVEST LLC<br>»»  010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-16973-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,048.08 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $26,967.67 | Arrearages: | $350.00 |
| Paid to Trustee: | $2,922.91 | Total Plan Base: | $99,840.00 |
| Funds on Hand: | $157.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.