# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JOHN J. STAGLIANO, JR. | : | Bankruptcy No. 19-16973 PMM |
|    aka JOHN J. STAGLIANO | : | |
|    MAUREEN R. STAGLIANO | : | Chapter 13 |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 12th day of November, 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated October 28, 2021 of the filing of the Debtors' Motion to Approve Personal Injury Settlement .

Dated:  November 12, 2021               s/  David S. Gellert
                                                                           David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net