# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JOHN J. STAGLIANO, JR. | : | Bankruptcy No. 19-16973 PMM |
|    aka JOHN J. STAGLIANO | : | |
|    MAUREEN R. STAGLIANO | : | Chapter 13 |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO ANSWER

AND NOW, this 23rd day of November, 2021, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to Modify Chapter 13 Plan Under § 1329.

   s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net