UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
   JOHN J. STAGLIANO, JR.  :  Bankruptcy No. 19-16973 PMM
   aka JOHN J. STAGLIANO  :
   MAUREEN R. STAGLIANO  :  Chapter 13
                                :
       Debtors  :

## ORDER TO APPROVE PERSONAL INJURY SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Personal Injury Settlement, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their personal injury action in the gross sum of $225,000.00 is hereby approved. It is further

**ORDERED** that Peter N. Munsing, Esquire, counsel to the Debtors in the personal injury action, is hereby awarded the sum of $81,293.57 representing compensation of $75,000.00 and reimbursement of expenses of $6,293.57 pursuant to a Contingent Fee Agreement dated May 31, 2015. It is further

**ORDERED** that from the remaining settlement proceeds the Chapter 13 Trustee shall be paid the sum of $72,500.00 representing the following:

   A.    The sum of $44,157.66 representing the balance remaining due on the secured Proof of Claim (No. 8 on the claims register) of Carrington Mortgage Services, LLC, together with the Trustee's commission due on such distribution.

   B.    The sum of $17,148.85 representing the balance remaining due on the secured Proof of Claim (No. 5 on the claims register) of Cumru Township, together with the Trustee's commission due on such distribution.

   C.    The sum of $3,700.00 representing funds due Debtors' counsel pursuant to a supplemental fee application to be filed and subject to Court approval.

It is further

**ORDERED** that the balance of proceeds shall be paid to the Debtors.

BY THE COURT:

Dated: **December 2, 2021**

*Patricia M. Mayer* (signature)

_____
Patricia M. Mayer
United States Bankruptcy Judge