United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16973-pmm |
| John J. Stagliano, Jr. | Chapter 13 |
| Maureen R. Stagliano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Stagliano, Jr., Maureen R. Stagliano, 74 Winged Foot Drive, Reading, PA 19607-3410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | |
| | on behalf of Joint Debtor Maureen R. Stagliano dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | |
| | on behalf of Debtor John J. Stagliano Jr. dsgrdg@ptdprolog.net |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| Scott F Waterman | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 02, 2021 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   JOHN J. STAGLIANO, JR. : Bankruptcy No. 19-16973 PMM
   aka JOHN J. STAGLIANO :
   MAUREEN R. STAGLIANO : Chapter 13
 : 
   Debtors :

## ORDER TO APPROVE PERSONAL INJURY SETTLEMENT

Upon consideration of the Debtors' Motion to Approve Personal Injury Settlement, and after notice and hearing, it is hereby

**ORDERED** that the Debtors' settlement of their personal injury action in the gross sum of $225,000.00 is hereby approved. It is further

**ORDERED** that Peter N. Munsing, Esquire, counsel to the Debtors in the personal injury action, is hereby awarded the sum of $81,293.57 representing compensation of $75,000.00 and reimbursement of expenses of $6,293.57 pursuant to a Contingent Fee Agreement dated May 31, 2015. It is further

**ORDERED** that from the remaining settlement proceeds the Chapter 13 Trustee shall be paid the sum of $72,500.00 representing the following:

   A.    The sum of $44,157.66 representing the balance remaining due on the secured Proof of Claim (No. 8 on the claims register) of Carrington Mortgage Services, LLC, together with the Trustee's commission due on such distribution.

   B.    The sum of $17,148.85 representing the balance remaining due on the secured Proof of Claim (No. 5 on the claims register) of Cumru Township, together with the Trustee's commission due on such distribution.

   C.    The sum of $3,700.00 representing funds due Debtors' counsel pursuant to a supplemental fee application to be filed and subject to Court approval.

It is further

**ORDERED** that the balance of proceeds shall be paid to the Debtors.

BY THE COURT:

Dated: **December 2, 2021**

_____
Patricia M. Mayer
United States Bankruptcy Judge