# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   JOHN J. STAGLIANO, JR.              :   Bankruptcy No. 19-16973 PMM
   aka JOHN J. STAGLIANO                :
   MAUREEN R. STAGLIANO                 :   Chapter 13
                                        :
   Debtors                              :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 28th day of December, 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 6, 2021 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors.

                                                         s/ David S. Gellert
                                                        David S. Gellert, Esquire
                                                        David S. Gellert, P.C.
                                                        3506 Perkiomen Avenue
                                                        Reading, PA 19606
                                                        (610) 779-8000
                                                        Fax: (610) 370-1393
                                                        dsgrdg@ptdprolog.net