**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: | **Chapter 13**
    **John J. Stagliano, Jr.** |
    **Maureen R. Stagliano** | **Case No.19-16973-PMM**

          **Debtors**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

    Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

    The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan.

                         **Office of the Chapter 13 Trustee**

Date: January 24, 2022         By:  */s/ Scott F. Waterman*

                         Scott F. Waterman, Esquire, Chapter 13 Trustee
                         2901 St. Lawrence Avenue, Suite 100
                         Reading, PA  19606
                         (610)779-1313 (Phone)
                         (610)779-3637 fax