United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John J. Stagliano, Jr.  
Maureen R. Stagliano  
    Debtors

Case No. 19-16973-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 26, 2022      Form ID: 138OBJ      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Stagliano, Jr., Maureen R. Stagliano, 74 Winged Foot Drive, Reading, PA 19607-3410 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14417279 | + | AR Resources, Inc., P. O. Box 1056, Blue Bell, PA 19422-0287 |
| 14417280 | + | AR Resources, Inc., 1777 Sentry Pkwy. W., Blue Bell, PA 19422-2206 |
| 14417282 | | Arthritis & Osteoporosis Ctr., 2760 Century Blvd., Wyomissing, PA 19610-3359 |
| 14428256 | + | BANK OF AMERICA, N.A., CO Kevin G. McDonald, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14446770 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14417284 | | Berks Center for Digestive Health, P. O. Box 003605, Boston, MA 02241-3605 |
| 14417285 | + | Berks Eye Physicians & Surgeons Ltd., 1802 Paper Mill Road, Wyomissing, PA 19610-1100 |
| 14417286 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, P. O. Box 55848, Sherman Oaks, CA 91411 |
| 14417287 | + | Caine & Weiner, 5805 Sepulveda Blvd., Fourth Fl., Sherman Oaks, CA 91411-2546 |
| 14417288 | + | Carrington Mortgage Services LLC, P. O. Box 5001, Westfield, IN 46074-5001 |
| 14550062 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14417297 | + | Debt Recovery Solutions, 6800 Jericho Tpke., Suite 113F, Syosset, NY 11791-4401 |
| 14417299 | + | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464-3242 |
| 14417301 | | Reading Hospital/Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |
| 14417303 | + | Township of Cumru Sewer Dept., 1775 Welsh Rd., Mohnton, PA 19540-8803 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2022 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 26 2022 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14426845 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 26 2022 23:32:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14452793 | | Email/Text: Bankruptcy@michaelandrewsllc.com | Jan 26 2022 23:32:00 | Autovest LLC, P.O. BOX 2247, SOUTHFIELD, MI 48076 |
| 14417281 | + | Email/Text: rperez@arcadiarecovery.com | Jan 26 2022 23:32:00 | Arcadia Recovery Bureau, 645 Penn St., Reading, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2022 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA 19601-3559 |
| 14417283 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 26 2022 23:32:00 | Bank of America, N.A, c/o Carrington Mortgage Services LLC, 1600 S. Douglass Rd., Ste. 200-A, Anaheim, CA 92806-5948 |
| 14549271 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 26 2022 23:32:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Road, Southfield, MI 48034 |
| 14452162 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 26 2022 23:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14417289 | + | Email/Text: nailda@centralcreditaudit.com | Jan 26 2022 23:32:00 | Central Credit Audit, 100 N. Third St., Sunbury, PA 17801-2367 |
| 14417290 | | Email/Text: nailda@centralcreditaudit.com | Jan 26 2022 23:32:00 | Central Credit Audit Inc., P. O. Box 735, Sunbury, PA 17801-0735 |
| 14417291 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 26 2022 23:32:00 | Convergent Outsourcing Inc., 800 SW 39th St., Renton, WA 98057-4927 |
| 14417292 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 26 2022 23:32:00 | Credit Acceptance Corp., 25505 W. 12 Mile Rd., Southfield, MI 48034-8316 |
| 14417293 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 26 2022 23:32:00 | Credit Acceptance Corporation, P. O. Box 5070, Southfield, MI 48086-5070 |
| 14417294 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 26 2022 23:32:00 | Credit Collection Services, P. O. Box 607, Norwood, MA 02062-0607 |
| 14417295 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2022 23:41:13 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14417296 | + | Email/Text: dsgrdg@ptdprolog.net | Jan 26 2022 23:32:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14417300 | | Email/Text: Bankruptcy@ICSystem.com | Jan 26 2022 23:32:00 | I.C. System Collections, P. O. Box 64378, Saint Paul, MN 55164-0378 |
| 14449571 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 23:41:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14417302 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 26 2022 23:41:23 | Sprint Corp., P. O. Box 7949, Overland Park, KS 66207-0949 |
| 14420786 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 26 2022 23:41:17 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14547207 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 26 2022 23:41:17 | US Department of Housing and, Urban Development, The Wanamaker Bldg., 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14417304 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 26 2022 23:32:00 | Verizon, 500 Technology Dr., Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14430538 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14417298 | ##+ | Debt Recovery Solutions, 900 Merchants Concourse, Suite LL 11, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 26, 2022 | Form ID: 138OBJ | Total Noticed: 43 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2022          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor John J. Stagliano Jr. dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Joint Debtor Maureen R. Stagliano dsgrdg@ptdprolog.net |
| KEVIN G. MCDONALD | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John J. Stagliano, Jr. and Maureen R. Stagliano

Debtor(s)

Case No: 19−16973−pmm

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/26/22

98 − 92
Form 138OBJ